# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 2:06-cr-00122

vs. : JUDGE MARBLEY

BRIAN S. LAYTON, :

    Defendant. :

## ORDER

There being no objection from the Government or the Probation Department, the Defendant's Motion to Modify Conditions of Supervised Release (Doc. 51) is GRANTED. The Defendant's Supervised Release is hereby modified as follows:

Upon release from imprisonment, the defendant shall be on supervised release for the remainder of the THREE (3) YEARS that was imposed on October 10, 2008. As a modification of supervised release, the defendant shall serve the first THREE (3) MONTHS on home detention with electronic location monitoring. The requirement that the defendant spend THREE (3) MONTHS in a Residential Re-entry Center is hereby rescinded. The defendant is to remain in the custody of the U.S. Marshal until such time as electronic monitoring may be established at the defendant's residence.

DATE: Jan. 8, 2013

Hon. Algenon L. Marbley
United States District Judge